**Order entered July 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**
of
**No. 05-20-00741-CR**

**JEFRY SAUL ZUNIGALAINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F19-22628-H**

**ORDER**

Before the Court is the State's July 13, 2021 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE